UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 1:11-CR-292 |
| : | |
| OMAR SIERRE FOLK, : | |
|     Defendant : | |

*O R D E R*

AND NOW, this 1st day of August, 2017, in accord with the accompanying memorandum, it is ORDERED that:

    1. Defendant's "motion to amend under 15(c)[(1)](B) in regards to original 2255" (Doc. 151) is GRANTED insofar as he will be permitted to re-submit for the court's consideration his **complete** October 5, 2016 motion to "amend under 15(a)" (first page attached as "Exhibit (A)" to Defendant's May 2017 reply brief (Doc. 158-1 at 1)).

    2. The Government will have fourteen (14) days to respond to the October 5, 2016 motion to amend from the date it is docketed.

    3. Defendant's motion for "status quo" hearing (Doc. 154), motion for transcripts (Doc. 155), and motion for evidentiary hearing (Doc. 160) are DENIED.

                                   /s/ William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge