# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:11-cr-292 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| OMAR SIERRE FOLK, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

AND NOW, this 16th day of February, 2018, upon consideration of defendant Omar Sierre Folk's motion (Doc. 139) pursuant to 28 U.S.C. § 2255, as well as his various other motions (Docs. 165, 168-71), and in accord with the accompanying memorandum, it is ORDERED that:

1. Folk's motion (Doc. 139) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED, as Folk has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2).

3. Folk's related motions to amend (Docs. 165, 169), motions for a hearing (Docs. 168, 171), and motion to appoint counsel (Doc. 170) are DENIED.

4. The Clerk of Court is directed to CLOSE the corresponding case, No. 1:16-cv-01064.

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge