# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:11-cr-292 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| OMAR SIERRE FOLK, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

AND NOW, this 22nd day of June, 2018, upon consideration of the various motions (Docs. 179, 180, 183, 184, 186, 189, 190) filed by defendant Omar Sierre Folk, and in accord with the accompanying memorandum, it is ORDERED that these motions are DENIED. Folk is further ORDERED to provide written clarification as to the meaning of his June 11, 2018 motion (Doc. 191), as well as the relief he seeks in that motion.

s/ John E. Jones III
John E. Jones III
United States District Judge